

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

FEB 2 8 2024

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NUMBER |
| HOSMEL VENCES § AKA VINCE § § § | C-24-076 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning from on or about August 16, 2023 and continuing to on or about December 17, 2023, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

HOSMEL VENCES,
AKA VINCE,

did knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together, with each other, and other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: *Joseph F. Griffith*
JOSEPH F. GRIFFITH
Assistant United States Attorney



United States Courts
Southern District of Texas
FILED

FEB 28 2024

Nathan Ochsner, Clerk of Court

| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket<br>Presented in Corpus Christi |
|---|---|

**CORPUS CHRISTI Division**

| Magistrate No. REPORT | CR..: **C 24-076** |
| File: INDICTMENT | |
| Filed: February 28, 2024 | Judge: **NELVA GONZALES RAMOS** |
| County: Kenedy | |
| Caseview #: 2023R07460 | |

Attorneys:

United States of America

v.

HOSMEL VENCES

AKA VINCE

ALAMDAR S. HAMDANI, U.S. ATTORNEY
JOSEPH F. GRIFFITH, ASST. U.S. ATTORNEY
GRAND JURY ACTION       APP'D   RET

PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

Charge(s): Count 1: (All Defendants): Did knowingly and intentionally conspire to transport undocumented aliens within the United States:
8 USC 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

Penalty: Count 1: (All Defendants): Not more than 10 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; a $100 Special Assessment; and, an additional $5,000 Special Assessment.

In Jail: _____
On Bond: _____
No Arrest: Arrest Warrant to be Filed (All defendants)

2